UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| **MARIAH GRIFFIN**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**LEE MEMORIAL HEALTH SYSTEM**,<br><br>Defendant. | **CIVIL ACTION**<br><br>Case No.  2:21-cv-051<br><br>Judge: John L. Badalamenti<br><br>Mag. Judge:  Nicholas P. Mizell |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Parties, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear their own costs.

[SIGNATURES TO FOLLOW]

Respectfully submitted,

| | |
|---|---|
| The Plaintiff,<br>By her attorney, | The Defendant,<br>By its attorney, |
| **/s/Benjamin H. Yormak, Esq.** | */s/ Angelique Groza Lyons*_____ |
| Benjamin H. Yormak, Esq.<br>Yormak Employment & Disability Law<br>9990 Coconut Road<br>Bonita Springs, FL  34135-8488<br>Telephone: 239-985-9691<br>Facsimile:  239-288-2534<br>Email: byormak@yormaklaw.com<br>Florida Bar No.: 71272<br>Counsel for Plaintiff | Angelique Groza Lyons, Esq.<br>Constangy, Brooks, Smith & Prophete, LLP<br>100 North Tampa Street, Ste 3350<br>Tampa, Florida 33601-1840<br>Telephone: (813) 223-7166<br>Facsimile (813) 223-2515<br>Email: alyons@constangy.com<br>Florida Bar No.: 0118801<br>*Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2021, I e-filed the foregoing document using the Portal, which caused delivery by Electronic Mail to all counsel of record.

**s/ Angelique Groza Lyons**
Angelique Groza Lyons